Case 1:15-cv-04828-AT-RLE   Document 41   Filed 03/17/17   Page 1 of 1

Torres, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 17, 2017

**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA ROSA,<br><br>    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, CHARLES SAUNDERS, *Individually*, JENNIFER GORDON, *Individually*, and VALERIE BURETT, *Individually*,<br><br>    Defendants. | ECF CASE<br><br>Index No. 15 Civ. 4828 (AT)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Maria Rosa and New York City District Council of Carpenters Welfare Fund (incorrectly named herein as New York City District Council of Carpenters Benefit Funds), Charles Saunders, Jennifer Gordon, and Valerie Burett that the above-captioned case shall be voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), all parties to bear their own costs.

Dated: March 16, 2017
    New York, New York

PHILLIPS & ASSOCIATES, PLLC

By: _____
 Jessenia Maldonado
 Steven J. Fingerhut
230 Park Avenue, 24th Floor
New York, New York 10169
Tel: (212) 980-3500
Fax: (212) 735-7918

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
 Michele A. Coyne
 Marjorie B. Kulak
950 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 644-1010
Fax: (212) 644-1936

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 17, 2017
   New York, New York

_____
ANALISA TORRES
United States District Judge